Mr ~~Able~~ Acosta,

    I am writing ~~you~~ to notify you of my address change.

Marcus Booth #1939959
Ft. ~~Cod~~ Stockton Unit
1536 I.H. 10 E.
Ft Stockton, Tx. 79735

RECEIVED IN
COURT OF CRIMINAL APPEALS
FEB 17 2015
Abel Acosta, Clerk

Anything you have already maild to my last address will get forwarded to me eventually.

Thank You,
Marcus Booth